1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

**United States District Court**
For the Northern District of California

11  Sun Life Assurance Company of Canada,          NO. C 06-01109 JW

12            Plaintiff,

13            v.                          **ORDER CONTINUING CASE**
                                          **MANAGEMENT CONFERENCE**
14  Cohen, et al.,

15            Defendants.

16  _____/

17        The case management conference currently scheduled for June 5, 2006 is continued to July

18  10, 2006 at 10:00 a.m.

19

20  Dated: May 30, 2006                        /s/ James Ware
                                               _____
    06eciv1109ctdcmc                           JAMES WARE
21                                             United States District Judge

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jamie Ostroff jostroff@barwol.com
Martin N. Lettunich marty@xslent.net
Stephen S Picone spicone@piconeanddefilippis.com

**Dated: May 30, 2006**                                **Richard W. Wieking, Clerk**

                                                        **By:_/s/ JW Chambers_____**
                                                        **Melissa Peralta**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California