1 | J. Russell Stedman (117130)
  | Jamie Ostroff (228095)
2 | BARGER & WOLEN LLP
  | 650 California Street, 9th Floor
3 | San Francisco, California 94108
  | Telephone: (415) 434-2800
4 | Facsimile: (415) 434-2533
  | Email; rstedman@barwol.com
5 |        jostroff@barwol.com

6 | Attorneys for Plaintiff-in-Interpleader
  | Sun Life Assurance Company of Canada (U.S.)
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), | ) CASE NO.: CV 06-01109 JW |
|---|---|
| Plaintiff-in-Interpleader, | ) Hon. James Ware |
| vs. | ) STIPULATION OF THE PARTIES FOR: |
| GERALD COHEN, as the Administrator of the Estate of Ronald Marinaccio; BOB and SHIRLEY WITHROW; ANNETTE SCHWARTZ; and DOES 1 through 10, inclusive, | ) 1. DISCHARGE AND DISMISSAL WITH PREJUDICE OF PLAINTIFF-IN-INTERPLEADER SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.); |
| Claimants-in-Interpleader. | ) 2. AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS OF $4,200 TO PLAINTIFF-IN-INTERPLEADER SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.); |
| | ) 3. TRANSFER OF REMAINING INTERPLED FUNDS TO THE CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA; AND |
| | ) 4. [PROPOSED] ORDER |
| | ) Complaint Filed: November 28, 2005 |

i:\office\10260\041\06pleadings\stip re discharge v2.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

CV 06-01109 JW
STIPULATION OF THE PARTIES

## RECITALS

WHEREAS, on November 2, 1995, Plaintiff-in-Interpleader Sun Life Assurance Company of Canada (U.S.) ("SUN LIFE") issued annuity contract number 50-77-7700534682 (the "Annuity") to Ron Marinaccio; and

WHEREAS, Ron Marinaccio died on March 7, 2005; and

WHEREAS, on or about September 14, 2005, SUN LIFE received a letter from counsel for the Trust Estate of Ronald Marinaccio (the "Trust Estate") informing SUN LIFE that the Trust Estate was asserting a claim to the death benefits due under the Annuity; and

WHEREAS, Claimant-in-Interpleader Gerald Cohen ("COHEN") is the Administrator of the Trust Estate; and

WHEREAS, or about October 17, 2005, SUN LIFE received a letter from counsel for Claimants-in-Interpleader Robert Withrow and Shirley Withrow (the "WITHROWS"), which identified the WITHROWS as the beneficiaries under the Annuity and requested information regarding the Annuity; and

WHEREAS, at the time it filed its Complaint-in-Interpleader, SUN LIFE was informed and believed that Claimant-in-Interpleader Annette Schwartz ("SCHWARTZ") contested the claims of the WITHROWS and COHEN to the death benefits due under the Annuity, and was asserting a claim to those proceeds; and

WHEREAS, faced with competing claims to the death benefits due under the Annuity, SUN LIFE filed its Complaint-in-Interpleader on November 28, 2005 in the United States District Court for the Eastern District of California; and

i:\office\10260\041\06pleadings\stip re discharge v2.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

CV 06-01109 JW
STIPULATION OF THE PARTIES

1  WHEREAS, concurrent with the filing of the Complaint-in-Interpleader, SUN LIFE deposited with the Clerk for the United States District Court for the Eastern District of California a check in the amount of $47,817.24 (the "Interpled Funds"), which represented the proceeds of $47,792.38, payable pursuant to Ronald Marinaccio's coverage under Annuity, and accrued interest of $24.86 through the date of deposit; and

WHEREAS, after SUN LIFE filed its Complaint-in-Interpleader and deposited the Interpled Funds, this action and the Interpled Funds were transferred by agreement of the parties to this Court from the United States District Court for the Eastern District of California; and

WHEREAS, this Court remains in possession of the Interpled Funds; and

WHEREAS, there is currently pending in the California Superior Court, County of Santa Clara, a case entitled *In re the Ronald Anthony Marinaccio Revocable Living Trust*, Case No. 105-PR-157126, wherein COHEN has filed a petition requesting confirmation of the Validity of the Trust and Confirmation of Trust Assets, including the death benefits due under the Annuity; and

WHEREAS, SCHWARTZ recently has indicated that she is not claiming an interest in the death benefits due under the Annuity; and

WHEREAS, the parties agree that SUN LIFE should be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Annuity; and

WHEREAS, the parties agree that SUN LIFE should be dismissed from this action with prejudice; and

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
CV 06-01109 JW
STIPULATION OF THE PARTIES

WHEREAS, the parties agree that SUN LIFE should be awarded its reasonable attorneys' fees and costs in the amount of $4,200 which SUN LIFE was forced to incur in bringing its interpleader action, and which amount is to be paid from the Interpled Funds currently on deposit with this Court; and

WHEREAS, SUN LIFE waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded in this stipulation; and

WHEREAS, the parties agree that upon the discharge and dismissal of SUN LIFE and the payment of SUN LIFE'S reasonable attorneys' fees and cost, the remaining Interpled Funds should be transferred to the Clerk of the California Superior Court, County of Santa Clara; and

WHEREAS, upon transfer of the Interpled Funds to the Clerk of the California Superior Court, County of Santa Clara, this action should be dismissed in its entirety.

## STIPULATION

NOW, THEREFORE, the parties stipulate and agree, subject to the Court's approval, as follows:

1. That SUN LIFE be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Annuity.

2. That SUN LIFE be dismissed from this action with prejudice.

3. That SUN LIFE be awarded its reasonable attorneys' fees and costs of $4,200, to be paid from the Interpled Funds currently on deposit with the Court.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

4. That SUN LIFE waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded in this stipulation.

5. That after the discharge and dismissal of SUN LIFE and the award of its reasonable attorneys' fees and costs, the remaining Interpled Funds should be transferred to the Clerk of the California Superior Court, County of Santa Clara, pending further direction as to the distribution of the funds by the Superior Court in case number 105-PR-157126, entitled *In re the Ronald Anthony Marinaccio Revocable Living Trust*.

6. That upon transfer of the Interpled Funds to the Clerk of the California Superior Court, County of Santa Clara, this action should be dismissed in its entirety.

Dated: ~~April~~ June 21, 2006                     BARGER & WOLEN LLP

                                      By: /s/ _____
                                          J. RUSSELL STEDMAN
                                          JAMIE OSTROFF
                                          Attorneys for Plaintiff-in-Interpleader
                                          Sun Life Assurance Company of Canada
                                          (U.S.)

Dated: April __, 2006

                                      By: _____
                                          MARTIN N. LETTUNICH
                                          Attorney for Claimant-in-Interpleader
                                          Gerald Cohen, Administrator of the
                                          Estate of Ronald Marinaccio

4.   That SUN LIFE waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded in this stipulation.

5.   That after the discharge and dismissal of SUN LIFE and the award of its reasonable attorneys' fees and costs, the remaining Interpled Funds should be transferred to the Clerk of the California Superior Court, County of Santa Clara, pending further direction as to the distribution of the funds by the Superior Court in case number 105-PR-157126, entitled *In re the Ronald Anthony Marinaccio Revocable Living Trust*

6.   That upon transfer of the Interpled Funds to the Clerk of the California Superior Court, County of Santa Clara, this action should be dismissed in its entirety.

Dated: April __, 2006                             BARGER & WOLEN LLP

                                                  By: _____
                                                  J. RUSSELL STEDMAN
                                                  JAMIE OSTROFF
                                                  Attorneys for Plaintiff-in-Interpleader
                                                  Sun Life Assurance Company of Canada
                                                  (U.S.)

Dated: April 28, 2006

                                                  By: _____
                                                  MARTIN N. LETTUNICH
                                                  Attorney for Claimant-in-Interpleader
                                                  Gerald Cohen, Administrator of the
                                                  Estate of Ronald Marinaccio

MNL/ELN/GRNM LAW OFC.   Fax:408-395-3120   Jun 20 2006  13:07   P.22
20/2006  12:56   4082876550                PICONE AND DEFILIPPI       PAGE  02/02
MNL/ELN/GRNM LAW OFC.   Fax:408-395-3120   May 24 2006  10:08   P.08

| | |
|---|---|
| Dated: May ~~April~~ 2006 | PICONE & DEFILIPPIS<br><br>By: _____<br>STEPHEN S. PICONE<br>Attorneys for Claimants-in-Interpleader<br>Bob and Shirley Withrow |
| Dated: 5-22-6 ~~April__, 2006~~ | PARCELLS LAW FIRM<br><br>By: _____<br>DAYTON B. PARCELLS<br>Attorneys for Claimant-in-Interpleader<br>Annette Schwartz |

-5-
CV 06-01109 JW
STIPULATION OF THE PARTIES

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

1. SUN LIFE is discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to the Annuity.

2. SUN LIFE is dismissed from this action with prejudice.

3. SUN LIFE is awarded its reasonable attorneys' fees and costs of $4,200, to be paid from the Interpled Funds currently on deposit with this court.

4. SUN LIFE waives and releases all of its rights with regard to the Interpled Funds, other than its right to the attorneys' fees and costs awarded in this order.

5. Upon SUN LIFE'S discharge and dismissal, and the award of SUN LIFE'S reasonable attorneys' fees and costs, the remaining Interpled Funds shall be transferred to the Clerk of the California Superior Court, County of Santa Clara, pending further direction as to the distribution of the funds by the Superior Court in case number 105-PR-157126, entitled *In re the Ronald Anthony Marinaccio Revocable Living Trust*.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-6-
CV 06-01109 JW
STIPULATION OF THE PARTIES

6. That upon transfer of the Interpled Funds to the Clerk of the California Superior Court, County of Santa Clara, this action should be dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: June 28, 2006

By: /s/ James Ware
UNITED STATES DISTRICT COURT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-7-
CV 06-01109 JW
STIPULATION OF THE PARTIES